UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
    UNITED STATES OF AMERICA,             :
                                          :        25cr41-4  (DLC)
                -v-                       :
                                          :        ORDER
    BRAYAN OLIVEROS-CHERO,                :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

        The Court having been informed that the defendant wishes to

enter a change of plea, it is hereby

        ORDERED that a change of plea hearing is scheduled for

**December 18, 2025 at 3:30 PM** in Courtroom 18B, 500 Pearl Street,

New York, NY 10007.

Dated:    New York, New York
          December 8, 2025

                        _____
                                  DENISE COTE
                        United States District Judge